IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41005
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VERONICA REYES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-97-CR-110-3
- - - - - - - - - -
October 2, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Veronica Reyes appeals her sentence after pleading guilty to misprision of a felony in violation of 18 U.S.C. § 4. Reyes argues that the district court erred when it considered evidence of two extraneous offenses to sentence her to 18 months' imprisonment, the top of her guideline range. Reyes maintains that the evidence of the two extraneous offenses was unreliable and that her sentence violated due process because it was based on unreliable information. We have reviewed the record and the briefs of the parties and hold that the district did not plainly

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

err in sentencing Reyes.  See United States v. Calverley, 37 F.3d 160, 162-64 (5th Cir. 1994)(en banc).  Reyes was not sentenced in violation of federal statutory or constitutional law.  See United States v. Alvarez, 51 F.3d 36, 41 (5th Cir. 1995); United States v. Matovsky, 935 F.2d 719, 721 (5th Cir. 1991); 18 U.S.C. § 3661.

AFFIRMED.